```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 21547
   TODD C JONES
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4236


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/15/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 10/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------------
BANK OF AMERICA          CURRENT MORTG      .00              .00             .00
BANK OF AMERICA          SECURED VEHIC      .00              .00             .00
BANK OF AMERICA          CURRENT MORTG      .00              .00             .00
KINGSPORT ESTATE CONDO A NOTICE ONLY    NOT FILED            .00             .00
IRWIN COMMERCIAL FINANCE NOTICE ONLY    NOT FILED            .00             .00
IRWIN COMMERCIAL FINANCE NOTICE ONLY    NOT FILED            .00             .00
CHRIS SCANLAN            UNSECURED      NOT FILED            .00             .00
COUNTRYWIDE HOME LOANS   UNSECURED      NOT FILED            .00             .00
FIA CARD SERVICES        UNSECURED      NOT FILED            .00             .00
HSBC CARD SERVICES       UNSECURED      NOT FILED            .00             .00
IRMA S GAYTON            UNSECURED      NOT FILED            .00             .00
IRWIN COMMERCIAL FINANCE UNSECURED      NOT FILED            .00             .00
PROSPER MARKETPLACE INC  UNSECURED      NOT FILED            .00             .00
IRMA S GAYTON            NOTICE ONLY    NOT FILED            .00             .00
WELLS FARGO ED FIN SVC   UNSECURED      NOT FILED            .00             .00
ECMC                     UNSECURED       21061.26            .00             .00
WELLS FARGO ED FIN SVC   UNSECURED      NOT FILED            .00             .00
WELLS FARGO ED FIN SVC   UNSECURED      NOT FILED            .00             .00
IRWIN COMMERCIAL FINANCE NOTICE ONLY    NOT FILED            .00             .00
MARIA C JONES            NOTICE ONLY    NOT FILED            .00             .00
MARIA C JONES            NOTICE ONLY    NOT FILED            .00             .00
MARIA C JONES            NOTICE ONLY    NOT FILED            .00             .00
DANIEL LYNCH & MARK C LA NOTICE ONLY    NOT FILED            .00             .00
ALEX DARCY & RANDALL WOO NOTICE ONLY    NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED         477.45            .00             .00
GREGORY J MARTUCCI       DEBTOR ATTY       .00                               .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00


                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 21547 TODD C JONES
```

```
PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                        .00
                                      ---------------   ---------------
TOTALS                                            .00               .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 01/27/09                  /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE